UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER ADAM DOCKINS, )
)
    Plaintiff, )
)
v. ) Case No. CV414-016
)
BRYAN COUNTY SHERIFF'S )
COMPLEX, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

In an order dated January 27, 2014, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return that form within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not complied with the conditions of the Court's order, so his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 20th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA